

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-15-00060-CV

**IN RE** Carol **KENDALL** and Belinda Sanchez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

On February 5, 2015, relators filed a petition for writ of mandamus with an emergency motion for temporary relief. The court has considered relators' petition and the response filed on behalf of the real party in interest and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The temporary stay of the scheduled depositions previously issued by this court on February 6, 2015, is LIFTED.

The real party in interest's motion for expedited consideration of the mandamus petition, filed February 20, 2015, is DENIED AS MOOT.

It is so **ORDERED** on March 9, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI19450, styled *In re Cynthia Mason*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.